# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2011

142759 & (74)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re C.I. MORRIS, Minor.

SC: 142759
COA: 299471
Wayne CC Family Division:
08-483987

_____/

By order of April 22, 2011, while retaining jurisdiction, we remanded this case to the Court of Appeals for reconsideration of the respondent father's appeal in light of the confession of error by petitioner Department of Human Services regarding the notice violation under the Indian Child Welfare Act (ICWA), 25 USC 1901 *et seq.* On order of the Court, the Court of Appeals having filed its opinion on remand on May 19, 2011, the application for leave to appeal is again considered, and it is GRANTED, limited to the issue whether the Court of Appeals "conditional affirmance" remedy is an appropriate method of resolving an ICWA violation.

We further ORDER the Wayne Circuit Court Family Division to appoint attorney Vivek Sankaran of the University of Michigan Law School Child Advocacy Clinic, if feasible, to represent the respondent father in this Court.

The Children's Law, Family Law, and American Indian Law Sections of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2011

Clerk

y0615